JOHNSON & WEAVER, LLP
Frank J. Johnson, Esq. (SBN 174882)
FrankJ@johnsonandweaver.com
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adriana Alcantar, Maria Almanza, Ana Cardenas, Aurora Santiago, Ivonne Rodriguez, and Christian Valdivia<br><br>Plaintiff(s),<br>v.<br>Cardenas Markets LLC, Cardenas Markets, Inc., Bernice Rodriguez, Jaime Sanchez, and DOES 1 through 10<br><br>Defendant(s). | CASE NUMBER<br><br>5:17-cv-01162 JGB (SPx)<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| 6/30/2017 | /s/ Frank J. Johnson |
| *Date* | *Signature of Attorney/Party* |

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*